ANNA HANDEL, as Administratrix of the Estate of JOHN J. HANDEL, Deceased, Appellant, *v.* NEW YORK RAPID TRANSIT CORPORATION, Respondent.

Argued January 10, 1938; decided January 25, 1938.

*William A. Blank* and *Bernard Meyerson* for appellant.

*Andrew F. Van Thun, Jr.*, and *George D. Yeomans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.